# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| GLADGER ROSS,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. C09-3023-MWB<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION TO VACATE SENTENCE AND JUDGMENT PURSUANT TO 28 U.S.C. § 2255** |

_____

    This matter comes before the court on petitioner Gladger Ross's Motion To Vacate Sentence and Judgment Pursuant to 28 U.S.C. § 2255 (Dkt. No. 2). Petitioner Ross is directed to file a brief in support of his motion on or before **June 8, 2009**. The United States is directed to file a brief in response to petitioner Ross's motion on or before **July 31, 2009**. Petitioner Ross shall file any brief in reply on or before **August 31, 2009**.

    **IT IS SO ORDERED.**

    **DATED** this 8th day of April, 2009.

                                                                               *[signature: Mark W. Bennett]*
                                                                         MARK W. BENNETT
                                                                         U. S. DISTRICT COURT JUDGE
                                                                         NORTHERN DISTRICT OF IOWA